No. 531, Misc.   MILES *v.* CULVER, PRISON CUSTODIAN.
Supreme Court of Florida.   Certiorari denied.

No. 533, Misc.   HOOTEN *v.* WASHINGTON STATE PAROLE
BOARD ET AL.   Supreme Court of Washington.   Certiorari
denied.

No. 534, Misc.   HUMPHRIES *v.* PEPERSACK, WARDEN.
C. A. 4th Cir.   Certiorari denied.

No. 536, Misc.   PRICE *v.* PEPERSACK, WARDEN.   Court
of Appeals of Maryland.   Certiorari denied.

No. 537, Misc.   MACKIE *v.* UNITED STATES.   United
States Court of Appeals for the District of Columbia
Circuit.   Certiorari denied.

No. 538, Misc.   BAKER *v.* DISTRICT OF COLUMBIA BOARD
OF PAROLE ET AL.   United States Court of Appeals for the
District of Columbia Circuit.   Certiorari denied.

No. 539, Misc.   HARDY *v.* UNITED STATES.   C. A. 2d
Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Rankin, Assistant Attorney General Anderson* and
*Beatrice Rosenberg* for the United States.

No. 540, Misc.   TYLER *v.* WARDEN, BALTIMORE CITY
JAIL.   Court of Appeals of Maryland.   Certiorari denied.

No. 541, Misc.   RITCHIE *v.* ILLINOIS.   Supreme Court
of Illinois.   Certiorari denied.

No. 542, Misc.   LAMPE *v.* CLEMMER ET AL.   C. A. 4th
Cir.   Certiorari denied.